UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1192
_____

UNITED STATES OF AMERICA

v.

DANNY CRUZ,
        Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1:20-cr-00161-001)
District Judge: Honorable Christopher C. Conner

_____

Argued: November 6, 2023

Before: RESTREPO, BIBAS, and SCIRICA, *Circuit Judges*

_____

JUDGMENT

_____

    This cause came to be considered on the record from the U.S. District Court for the Middle District of Pennsylvania and was argued on November 6, 2023.

    On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the judgment of the District Court entered January 25, 2023, is **VACATED AND REMANDED FOR FURTHER PROCEEDINGS.** On remand, the case shall be reassigned to a different district judge. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

                                                                      ATTEST:

                                                                       s/Patricia S. Dodszuweit

Dated: March 8, 2024                                                Clerk